# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 2014-5076

Jacqueline R. Sims, LLC,

                Plaintiff-Appellant,

v.

United States,

                Defendant-Appellee.

## **Certificate of Interest**

Counsel for the Appellant, Jacqueline R. Sims, LLC, certifies the following:

1.    The full name of every party or amicus represented by me is: **Jacqueline R. Sims, LLC**.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: **None.**

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: **None.**

4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    **Michele Yvette Sims,** Sims Law Firm

|  |  |
|---|---|
| May 7, 2014 | /s/Michele Yvette Sims |
| Date | **Signature of counsel** |
|  |  |
|  | Michele Yvette Sims |
|  | **Printed name of counsel** |

cc:  Mr. Michael Duane Austin, Trial Attorney
     Jacqueline Sims

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, a true copy of this CERTIFICATE OF INTEREST was served on Attorney Michael D. Austin, via e-mail.

                                             /s/Michele Yvette Sims
                                             Michele Yvette Sims
                                             Sims Law Firm
                                             2825 Breckinridge Blvd, Suite 170
                                             Duluth, GA 30096
                                             Phone- (404) 247-4936
                                             Fax- (678) 802-3478
                                             Email- myvettesims@yahoo.com