FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jacqueline R. Sims, LLC _____ v. United States _____

No. 2014-5076

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se        [✓] As counsel for:    Jacqueline R. Sims, LLC
                                          Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant      [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Michele Yvette Sims |
| Law firm: | Sims Law Firm |
| Address: | 2825 Breckinridge Blvd, Suite 170 |
| City, State and ZIP: | Duluth, GA 30096 |
| Telephone: | 404-247-4936 |
| Fax #: | 404-601-0798 |
| E-mail address: | michele@simslawfirm.net |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/6/14 _____
Date

Michele Y Sims _____
Signature of pro se or counsel

cc: Michael D. Austin _____

123

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, a true copy of this ENTRY OF APPEARANCE was served on Attorney Michael D. Austin, via e-mail.

*Michele Y Sims*

Michele Yvette Sims
Sims Law Firm
2825 Breckinridge Blvd, Suite 170
Duluth, GA 30096
Phone- (404) 247-4936
Fax- (678) 802-3478
Email- myvettesims@yahoo.com